```
1   WILLIAM M. KUNTZ  # 153052
    Attorney at Law
2   4780 Arlington Avenue
    Riverside, CA 92504
3   (951) 343-3400
    Fax (951) 343-4004
4   E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
5
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE LEWIS KIEFER, III, | CASE NO.: EDCV 21-01470 PD |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED FIFTY-FIVE DOLLARS and 07/cents ($4,355.07), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: June 1, 2023

*PATRICIA DONAHUE*

HONORABLE PATRICIA A. DONAHUE
UNITED STATES MAGISTRATE JUDGE

1